IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
MAY 22 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25cr130-KRB |
| | ) | |
| v. | ) | BILL OF INDICTMENT |
| | ) | |
| | ) | Violations: 18 U.S.C. § 554(a) |
| GALO DARIO ROJAS-NOBLECILLA | ) | "UNDER SEAL" |

THE GRAND JURY CHARGES:

## COUNT ONE

On or about March 11, 2025, in Mecklenburg County, within the Western District of North Carolina, and elsewhere, the defendant,

**GALO DARIO ROJAS-NOBLECILLA**

did willfully, knowingly and fraudulently attempt to export and send an FN Herstal, Model Five-seveN, 5.7x28mm caliber, semi-automatic pistol and an additional slide, from the United States, contrary to 15 C.F.R. § 736.2(b)(1), a law and regulation of the United States, in violation of Title 18, United States Code, Section 554.

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above: one FN Herstal, Model Five-seveN, 5.7x28mm caliber, semi-automatic pistol, serial number 386425550, and an additional slide, seized during the investigation.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY


_____
ROBERT J. GLEASON
ASSISTANT UNITED STATES ATTORNEY