AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHAL
11:55 am, May 23 2025
WESTERN NORTH CAROLINA
CHARLOTTE

FILED
Charlotte
Jun 04 2025
U.S. District Court
Western District of N.C.

# UNITED STATES DISTRICT COURT
для
Western District of North Carolina

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 3:25-CR- 130-KDB |
| Galo Dario Rojas-Noblecilla | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Galo Dario Rojas-Noblecilla,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §554 - Smuggling or attempted smuggling of goods from the United States

Date: 5/22/2025

*Issuing officer's signature*

City and state: Charlotte, North Carolina

KATHERINE H. SIMON, CLERK OF COURT
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-23-2025, and the person was arrested on *(date)* 6-2-2025
at *(city and state)* CHARLOTTE, NC.

Date: 06/03/2025

SA S.M.
*Arresting officer's signature*

SA S.M. BERGER / SPECIAL AGENT ATF
*Printed name and title*

Case: 3:25-cr-00130-KDB-SCR *SEALED*  Document 6  Filed 05/22/2025  Page 1 of 1