Guayaquil, June 9, 2025

Dear Sir or Madam,

My name is **Ivette Rodríguez,** and I respectfully write to you as the partner of **Galo Dario Rojas Noblecilla.** We have known each other since 2020 and, since then, we have shared a life full of moments that have strengthened our bond and helped us build a home filled with love.

Throughout these years, we have experienced many goals together: traveling, the joy of moving into our first home, buying our first car, and most importantly, welcoming our son in 2021 the greatest gift and the fruit of our love. From the moment our child was born, Galo was also reborn becoming more sensitive, more committed, and more focused on being a good human being, a loving partner, and above all, a devoted and exemplary father.

Galo is a hardworking, respectful, and loving man, fully dedicated to his family. He has always been present for important moments, actively involved in every achievement of mine and our son's. He wakes up each morning with grateful to prepare breakfast, take our son to school, and spend quality time with him. I deeply admire his devotion and dedication. He is a fundamental pillar in our lives not only emotionally, but also practically constantly striving to grow both personally and professionally to give us the best of himself.

Today, it is our turn to be his support, and we are here to walk beside him with love and commitment through every step of this journey. I sincerely ask you to consider these words as a genuine testament to the kind of person Galo is: a noble man, surrounded by a strong and loving family, determined to grow and to continue building a meaningful life full of love and purpose.

Our family stands united, and with hope in our hearts, we trust that we will be together again and continue growing as one.

Sincerely,

**Ivette Rodríguez**
**Partner of Galo Rojas.**
[Phone: +593 987766140 / Ecuador Km 10.5 vía Samborondón urbanización Matices / Ivetteangeles.rodriguez@gmail.com]

Guayaquil, Junio 9, 2025

**Estimado:**

Mi nombre es **Ivette Rodríguez**, y con mucho respeto me dirijo a usted como la pareja sentimental de **Galo Dario Rojas Noblecilla**. Nos conocemos desde el año 2020 y, desde entonces, hemos compartido una vida llena de momentos que han fortalecido nuestro vínculo y construido un hogar lleno de amor.

Durante estos años, hemos vivido muchas experiencias juntos: viajes, la emoción de mudarnos a nuestro primer hogar, la compra de nuestro primer auto, y lo más importante, la llegada de nuestro hijo en el año 2021, el mayor regalo y fruto de nuestro amor. Desde su nacimiento, Galo renació también como una persona más sensible, más comprometida y más enfocada en ser un buen ser humano, un gran compañero y, sobre todo, un padre ejemplar.

Galo es un hombre trabajador, respetuoso, amoroso y completamente entregado a su familia. Siempre ha estado presente en los momentos importantes, ha sido parte de cada logro mío y de nuestro hijo. Se levanta cada mañana con gratitud para prepararle el desayuno, llevarlo a la escuela y dedicarle tiempo de calidad. Lo admiro profundamente por su entrega y dedicación. Es un pilar fundamental en nuestras vidas, no solo en lo emocional, sino también en lo práctico, siempre esforzándose por crecer a nivel personal y profesional para darnos lo mejor a nosotros.

Hoy, nos toca a nosotros ser su soporte, y estamos aquí para acompañarlo, con amor y compromiso, en cada paso de su camino. Le ruego que considere estas palabras como testimonio sincero del ser humano que es Galo: un hombre noble, con un entorno familiar fuerte, con ganas de superarse y con la firme intención de seguir construyendo juntos una vida llena de amor y propósito.

Nuestra familia está unida, y con esperanza, confiamos en volver a estar juntos y seguir creciendo como uno solo.

Sinceramente,

*[firma]*

**Ivette Rodríguez**
**Pareja de Galo Dario Rojas Noblecilla**
[593+987766140 /Ecuador Km 10.5 vía Samborondón urbanización Matices / Ivetteangeles.rodriguez@gmail.com]

Guayaquil, June 10th 2025

To Whom It May Concern,
Dear Judge,

Through this letter, I respectfully wish to share my testimony regarding **Mr. Galo Dario Rojas Noblecilla**, with whom I have shared a close friendship for approximately eleven years.

Throughout this time, I have had the opportunity to know Galo in different stages of his life, beginning back in school. I can say with certainty that he is a person of integrity respectful, kind, and deeply committed to both his family and his friends. I consider him my best friend; he is someone I trust completely and with whom I have shared meaningful moments in every chapter of our lives.

I admire his perseverance and his ability to move forward, even in challenging times. Professionally, he has excelled for several years in the field of Human Resources, and he has always shown a rare sensitivity in his interactions demonstrating empathy, understanding, and respect, even when facing difficult situations. That human quality is not common, and Galo carries it as a core value in the way he lives.

His honesty and kindness are qualities I have always admired. I sincerely miss him because, beyond a strong friendship, we share a passion that always brought us together: discovering new restaurants and enjoying quality time through food, something that always made us feel at home, surrounded by laughter, heartfelt conversations, and mutual support.

I will always be here to stand by my friend, and as a sign of that commitment, I offer this letter in the hope that it may serve as a sincere testament to the wonderful human being Galo is.

With respect and warmth,

**Andrés David Gallegos Arteaga**
+593 968148682
Andresgallegos2119@gmail.com

Guayaquil, 10 de junio del 2025

A quien le interese.

**Estimado Juez:**

Por medio de la presente, me dirijo a usted con el más profundo respeto para manifestar mi testimonio sobre el señor **Galo Dario Rojas Noblecilla**, con quien mantengo una amistad cercana desde hace aproximadamente **once años**.

Durante todo este tiempo, he tenido la oportunidad de conocer a Galo en diferentes etapas de su vida, desde la escuela. Puedo decir con certeza que es una persona íntegra, respetuosa, amable y profundamente comprometida tanto con su familia como con sus amigos. Lo considero más que un amigo, es alguien en quien confío plenamente y con quien he compartido momentos significativos en cada etapa de nuestras vidas.

Admiro su tenacidad y su capacidad para salir adelante, incluso en momentos difíciles. Profesionalmente, se ha destacado por varios años en el área de Recursos Humanos, y siempre ha tenido una sensibilidad especial para tratar con las personas, mostrando empatía, comprensión y respeto, incluso cuando ha tenido que afrontar situaciones complejas. Ese lado humano no es común, y Galo lo lleva como un valor fundamental en su forma de ser.

Su honestidad y nobleza también son cualidades que siempre he admirado. Lo extraño sinceramente, porque además de compartir una gran amistad, compartimos una pasión que siempre nos unió: descubrir nuevos restaurantes y disfrutar de momentos de calidad a través de la comida, algo que nos hacía sentir en casa, entre risas, conversaciones sinceras y apoyo mutuo.

Siempre estaré aquí para respaldar a mi amigo, y como muestra de ese compromiso, le presento esta carta con la esperanza de que sea considerada como testimonio del gran ser humano que es Galo.

Con respeto y estima,

*[firma]*

Andrés David Gallegos Arteaga
+593 968148682
Andresgallegos2119@gmail.com

Guayaquil, 9 de junio del 2025

**To Whom It May Concern**

My name is Veronica Guales Dumes, and I had met Galo Dario Rojas Noblecilla for a period of 1,4 years. We worked in GPS Global Protection Security, I was his boss. During the time he worked with me, Galo proved to be a responsible, punctual, respectful, and dedicated employee. He always maintained a positive attitude and was well-regarded by his coworkers for his work ethic and team spirit.

I respectfully ask that you consider this letter as a testament to his character in the workplace and the positive impression he left on our professional environment.

Sincerely,

**Veronica Guales D.**

Former Boss of Galo Dario Rojas Noblecilla

+593-999088992/Guayaquil/verogualesd@gmail.com

Guayaquil, 9 de junio del 2025

Guayaquil, 9 de junio del 2025

**A quien le interese:**

Mi nombre es Verónica Guales Dumes, conocí a Galo Dario Rojas Noblecilla durante un período de 1,4 años. Trabajamos en GPS Global Protection Security, fui su jefa. Durante el tiempo que trabajó conmigo, Galo demostró ser una persona responsable, puntual, respetuosa y comprometida con sus deberes. Siempre mostró una actitud positiva en el trabajo y fue valorado por sus compañeros por su ética laboral y compañerismo.

Por tanto, autorizo al señor Galo Dario Rojas Noblecilla hacer uso del presente certificado según estime conveniente dentro de los parámetros legales.

Sinceramente,

**Verónica Guales D.**

Ex jefe de Galo Dario Rojas Noblecilla

+593-999088992/Guayaquil/verogualesd@gmail.com

Guayaquil, junio 9 del 2025

Quito, June 10, 2025

**To Whom It May Concern.**

My name is **Robert Rojas**, brother of **Galo Dario Rojas Noblecilla**, and with the utmost respect, I write to you to express my unconditional support and to share a few words about my brother's character and essence.

Galo has always been someone who lives with his heart devoted to others. He deeply cares for his family, his partner's family, our parents, his friends, and everyone around him. He is one of those people who, was always present in words and makes himself felt through his actions. He has stood by my side in both the hardest and happiest moments, offering encouragement, reminding me of my worth, and pushing me to never give up. Even though he is my younger brother, he has often been my guide, my strength, and a constant source of genuine affection, giving me a kind of warmth only he knows how to give.

Today, as a father, I feel an even greater admiration for him. It is moving to see how devoted he is to the well-being of Nicolás, his son, and Ivette, his partner. He works with dedication, puts in effort every single day, and is always attentive to his family's needs. I am proud to see the man he has become, how he has fought for his dreams and steadily reached every goal with humility and determination.

He is also now in the final stretch of his studies to earn a degree in Business Administration. This speaks volumes about his discipline, his drive to grow, and his commitment to a better future.

Dear and honorable members of the court, I can assure you that Galo is not alone, he is surrounded by a strong and loving support system people who love him, respect him, and are fully willing to stand by him through every step of his journey. Galo is a man of integrity, a noble heart, a joyful spirit, and he deserves to be seen for the light he brings into the lives of those around him.

With sincere gratitude,

**Robert Rojas Noblecilla**
+59387428302
robert.rojas9231@gmail.com

**A quien le interese.**

Mi nombre es Robert Rojas, hermano de Galo Dario Rojas Noblecilla, y con profundo respeto me dirijo a usted para expresar mi respaldo incondicional y compartir unas palabras sobre el carácter y la esencia de mi hermano.

Galo siempre ha sido una persona que vive con el corazón puesto en los demás. Se preocupa por su familia, por la familia de su pareja, por nuestros padres, por sus amigos, por todos los que forman parte de su entorno. Es de esas personas que, siempre esta presente con palabras y se hacen sentir con acciones. Ha estado a mi lado en los momentos más difíciles y también en los más felices, brindándome aliento, recordándome mi valor y animándome a no rendirme. Aun siendo mi hermano menor, ha sido muchas veces mi guía, mi fortaleza, y una fuente constante de cariño genuino brindándome esa calidez que solo él puede brindar.

Hoy, como padre, siento una admiración mayor hacia él. Es conmovedor ver cómo se desvive por el bienestar de Nicolás, su hijo, y de Ivette, su compañera. Trabaja con constancia, se esfuerza cada día y siempre está atento a las necesidades de su familia. Me llena de orgullo ver cómo ha crecido como ser humano, cómo ha luchado por sus sueños, y cómo ha ido cumpliendo cada meta con humildad y determinación.

Además, de encontrarse en la recta final para formarse como profesional en Licenciatura en Administración de Empresas. Eso habla de su disciplina, de su deseo de superación y de su compromiso con un futuro mejor.

Queridos y honorables, puedo asegurarles que Galo no está solo, tiene una red sólida de personas que lo amamos, que lo respetamos y que estamos dispuestas a acompañarlo en cada paso de su vida. Galo es íntegro, noble de corazón, alegre y merece ser reconocido por la luz que ha encendido en todos los que lo rodeamos.

Con gratitud,

**Robert Rojas Noblecilla**
+59387428302
robert.rojas9231@gmail.com

Guayaquil, June 10, 2025

**To Whom It May Concern**
**Dear Judge,**

My name is **Jose Miguel Olives Matamoros**, and I write to you with the utmost respect to share a few words about **Mr. Galo Rojas Noblecilla**, with whom I have maintained a close friendship for approximately ten years.

Throughout all this time, I had the privilege of knowing **Galo** not only as a friend, but as an honest, hardworking, and generous human being, deeply committed to his family and loved ones. He is someone who has always extended a helping hand without expecting anything in return, earning the affection and respect of those around him.

I am convinced that what he is going through today does not define who he truly is. On the contrary, I can attest that he is a good friend, a devoted father, a growing professional, and a better human being every day. He has spoken sincerely about his desire to learn, grow, and continue improving not just for himself, but for those he loves and for the society he wishes to contribute to in a meaningful way.

Galo has always been a man who inspires trust and kindness. He has been present for those in need, offering support, companionship, and sincere words. His ability to look ahead with humility and purpose is what moves me to write this letter, hoping it will be considered as a testimony to his character and to the strong support many of us are willing to offer him.

With nothing further, I respectfully and hopefully submit this letter.

Sincerely,

**Jose Miguel Olives Matamoros**
+593 958987465
jose.miguel.olives.9@gmail.com

Guayaquil, 10 de junio del 2025

**A quien le interese**
**Estimado Juez:**

Mi nombre es **Jose Miguel Olives Matamoros**, y me dirijo a usted con el más profundo respeto para compartir unas palabras sobre el señor **Galo Rojas Noblecilla,** con quien mantengo una amistad cercana desde hace aproximadamente diez años.

Durante todo este tiempo, he tenido la dicha de conocer a Galo no solo como amigo, sino como ser humano íntegro, trabajador, generoso y profundamente comprometido con su familia y seres queridos. Es una persona que siempre ha extendido su mano para ayudar, sin esperar nada a cambio, y que se ha ganado el cariño y respeto de quienes lo rodeamos.

Estoy convencido de que lo que atraviesa hoy no define quién es en esencia. Por el contrario, damos fe de ser un buen amigo, un excelente padre, un mejor profesional, un mejor ser humano. Ha hablado con sinceridad sobre sus deseos de aprender, crecer y seguir desarrollándose y mejorando, no solo por él, sino por quienes ama y por la sociedad a la que desea aportar positivamente.

Galo siempre ha sido un hombre que inspira confianza y amabilidad. Ha estado presente para quienes lo necesitamos, brindando apoyo, compañía y palabras sinceras. Su capacidad para mirar hacia adelante con humildad y propósito me mueve a escribir esta carta, con la esperanza de que pueda ser considerada como testimonio de su calidad humana y del respaldo que muchos estamos dispuestos a ofrecerle.

Sin otro particular, le saludo con respeto y esperanza.

Atentamente,

**Jose Miguel Olives Matamoros**
+593 958987465
jose.miguel.olives.9@gmail.com

Firmado electrónicamente. CVE: 75AB71CE

Santiago, Chile – June 10, 2025

**To Whom It May Concern,**

Dear Judge,

As the legal representative of **Arpiz Seguridad SpA**, I respectfully submit this letter to the Court with the sole purpose of providing a sincere and honest testimony regarding **Mr. Galo Darío Rojas Noblecilla**, whom we have known for some time and about whom we can attest to his integrity, sense of responsibility, and deep commitment to life, family, and work.

Throughout our relationship with Galo, we have come to know not only a dedicated worker and colleague, but also a human being deeply devoted to his family—especially to his son, who has become the very center of his life. Since the birth of his child, everything in Galo's life has revolved around that unconditional love and his ongoing effort to build a dignified, stable, and opportunity-filled future for his family.

Galo is not someone who remains indifferent to life. He is thoughtful, caring, and engaged. Those of us who have interacted closely with him know him as a respectful individual, calm in conversation, always willing to listen and to learn. Moreover, he is someone who strives to fulfill his responsibilities with humility and perseverance, even in difficult times.

We understand that life often places us in complex situations. It is not our role to judge the facts currently under investigation, but we firmly believe it is fair and necessary to state that **this situation does not reflect the person Galo is**, nor the values he has consistently demonstrated in both his personal and professional life.

As a company, we deeply value individuals who seek to grow and rebuild with commitment, and Galo is one of those people. In him, we see genuine intent, honest reflection, and a true desire to move forward. The Galo we know is a devoted father, a hard-working man, and someone who deserves to be seen through the lens of his efforts, his history, and the profound love he holds for his family.

We respectfully ask the Court to receive this letter for what it is: **a heartfelt expression of support and respect, not from a procedural standpoint, but from a human one**, and a testament to the trust that, despite everything, we continue to place in him.

With sincere appreciation and hope, I remain,

**Fernando Samuel Pizarro Cuevas**
Legal Representative
**ARPIZ SEGURIDAD SpA**
RUT: 77.619.199-K
Email: fernando.pizarro@arpiz.cl
Phone: +56 9 34687061
Santiago, Chile

Firmado electrónicamente. CVE: 75AB71CE

Firmado electrónicamente. CVE: 75AB71CE

Chile, Santiago, 10 de junio de 2025

**A quien corresponda:**

**Estimado Juez.**

Como representante legal de **Arpiz Seguridad SpA**, me permito escribir esta carta con el más absoluto respeto al Tribunal, con el único fin de brindar un testimonio sincero y honesto respecto de la persona de **Galo Darío Rojas Noblecilla**, a quien conocemos desde hace ya un tiempo y sobre quien podemos dar fe de su calidad humana, su responsabilidad y su compromiso con la vida, la familia y el trabajo.

Durante nuestra relación con Galo, hemos tenido la oportunidad de conocer no solo al trabajador y colaborador comprometido, sino al **ser humano profundamente dedicado a su familia** y, en especial, a su hijo, quien se ha transformado en el eje de su vida. Desde el nacimiento de su hijo, todo en él ha girado en torno a ese amor incondicional y a la búsqueda constante de generar un entorno digno, estable y lleno de oportunidades para su núcleo familiar.

Galo no es una persona indiferente ante la vida. Es alguien que reflexiona, que se preocupa, que se involucra. Quienes lo hemos tratado de cerca sabemos que es un hombre de trato respetuoso, de conversación serena, siempre dispuesto a escuchar y a aprender. Es, además, alguien que se esfuerza por cumplir con sus responsabilidades con humildad y perseverancia, aún en momentos de dificultad.

Sabemos que en la vida todos atravesamos circunstancias que pueden llevarnos a escenarios complejos. No corresponde a nosotros juzgar los hechos que se investigan, pero sí creemos justo y necesario expresar que **esta situación no refleja, ni de lejos, lo que Galo representa como persona ni los valores que ha demostrado de forma consistente en su vida personal y profesional.**

Como empresa, valoramos profundamente a las personas que buscan construir y reconstruir desde el compromiso, y Galo es uno de esos casos en los que vemos voluntad genuina, reflexión sincera y un deseo real de salir adelante. El Galo que nosotros conocemos es un padre presente, un

hombre trabajador, y alguien que merece ser mirado también desde esa perspectiva: la de sus esfuerzos, su historia, y su profundo amor por su familia.

Pedimos al Tribunal que reciba esta carta como lo que es: **una manifestación honesta de respeto y apoyo, no desde lo formal, sino desde lo humano**, y una muestra de la confianza que, a pesar de todo, seguimos depositando en él.

**Con sincero aprecio y esperanza, le saluda atentamente,**

**Fernando Samuel Pizarro Cuevas**
Representante Legal
**ARPIZ SEGURIDAD SpA**
RUT: 77.619.199-K
Correo: fernando.pizarro@arpiz.cl
Teléfono: +56 9 34687061
Santiago, Chile.

Guayaquil, June 10, 2025

Dear,

My name is **Israel Carpio**, and I have been a close friend of **Galo Rojas Noblecilla** for 12 years. We attended school and college together. Throughout this time, I have had the opportunity to get to know him deeply as a person of great values, very respectful, kind, loving toward the pets he had, and deeply dedicated to his family. I can also emphasize that Galo is someone who has always sought to move forward through effort and honest work.

Over the years, we have shared many special moments, such as graduations, birthdays, nights out just to catch up on our lives, and even online gaming sessions. Despite his daily life, he has always found time to prioritize his family, his partner, his child, and his friends, constantly showing his love, kindness, and support in any situation. He is a responsible man who cares about his studies and still has a lot of goals to achieve.

For all these reasons, I am willing to offer my full support during this entire process, and I kindly ask you to consider this letter as a testimony to his character, kind heart, responsibility, and dedication.

Sincerely,

*[signature]*

**Israel Carpio**
**Friend of Galo Dario Rojas Noblecilla**
Phone : 0996141843
address: Garzota 2 mz 44 sol 23
Email: Israelcarpio56@gmail.com