# Boleta de Pago



| | |
|---|---|
| **Empresa:** | Diximant S.A. |
| **Proceso:** | Nomina |
| **Periodo:** | 2024  8  2024-08-01  2024-08-31 |
| **Rol:** | Rol Administrativo |
| **Localidad:** | Oficina Xima |

**Colaborador** ROJAS NOBLECILLA GALO DARIO (0950219865)  **Cargo** Asistente de Nómina

F Ingreso  2023-07-17   F Salida            Sueldo  650.00    C. Costo  Contraloría

| RUBRO | BASE | VALOR | | RUBRO | BASE | VALOR |
|---|---|---|---|---|---|---|
| Sueldo | 30.00 | 650.00 | | Seguro Social | 650.00 | 61.43 |
| Fondo Reserva | 30.00 | 54.15 | | Prestamo Quirografario | 0.00 | 32.34 |
| Alimentacion M | 31.00 | 27.00 | | Descuento Anticipo | 0.00 | 260.00 |
| Alimentacion S | 31.00 | 50.00 | | **Total** | | **353.77** |
| **Total Ingresos:** | | **781.15** | | | | |

**Neto a Recibir :**   427.38

**Forma de**  Acreditación a Cuenta A-20001650503 Produbanco

Usuari  kjara   Fecha   10/06/2025
Página  1 de   1

RECIBI CONFORME

# Boleta de Pago

| | | |
|---|---|---|
| **Empresa:** | Diximant S.A. | |
| **Proceso:** | Nomina | **Periodo:** 2024  9  2024-09-01  2024-09-30 |
| **Rol:** | Rol Administrativo | **Localidad:** Oficina Xima |

**Colaborador**  ROJAS NOBLECILLA GALO DARIO  (0950219865)  **Cargo**  Asistente de Nómina

F Ingreso  2023-07-17  F Salida  Sueldo  650.00  C. Costo  Contraloría

| RUBRO | BASE | VALOR | RUBRO | BASE | VALOR |
|---|---|---|---|---|---|
| Sueldo | 22.00 | 476.67 | Seguro Social | 650.00 | 61.43 |
| Vacaciones Gozadas | 8.00 | 169.74 | Prestamo Quirografario | 0.00 | 32.12 |
| Fondo Reserva | 30.00 | 54.15 | Descuento Anticipo | 0.00 | 260.00 |
| Otros Ingresos Aportables | 0.00 | 3.59 | **Total** | | **353.55** |
| Alimentacion M | 30.00 | 22.00 | | | |
| Alimentacion S | 30.00 | 50.00 | | | |
| **Total Ingresos:** | | **776.15** | | | |

**Neto a Recibir :**  422.60

**Forma de**  Acreditación a Cuenta A-20001650503 Produbanco

Usuari  kjara   Fecha  10/06/2025
Página  1 de  1

RECIBI CONFORME

DIXIMANT S.A.

**Boleta de Pago**

| | | | | | |
|---|---|---|---|---|---|
| **Empresa:** | Diximant S.A. | | | | |
| **Proceso:** | Nomina | **Periodo:** | 2024  6 | 2024-06-01 | 2024-06-30 |
| **Rol:** | Rol Administrativo | **Localidad:** | Oficina Xima | | |

---

| | | | | | |
|---|---|---|---|---|---|
| **Colaborador** | ROJAS NOBLECILLA GALO DARIO  (0950219865) | | | **Cargo** | Asistente de Nómina |
| F Ingreso | 2023-07-17 | F Salida | Sueldo  650.00 | **C. Costo** | Contraloría |

---

| RUBRO | BASE | VALOR | | RUBRO | BASE | VALOR |
|---|---|---|---|---|---|---|
| Sueldo | 30.00 | 650.00 | | Seguro Social | 650.00 | 61.43 |
| Alimentacion M | 30.00 | 30.00 | | Prestamo Quirografario | 0.00 | 32.77 |
| Alimentacion S | 30.00 | 50.00 | | Descuento Anticipo | 0.00 | 260.00 |
| **Total Ingresos:** | | **730.00** | | | **Total** | **354.20** |
| | | | | **Neto a Recibir :** | | **375.80** |

Forma de  Acreditación a Cuenta A-20001650503 Produbanco

Usuari  kjara     Fecha     10/06/2025
Página  1 de       1

RECIBI CONFORME

**Boleta de Pago**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Empresa:** | Diximant S.A. | | | | | |
| **Proceso:** | Nomina | **Periodo:** | 2024 | 7 | 2024-07-01 | 2024-07-31 |
| **Rol:** | Rol Administrativo | **Localidad:** | Oficina Xima | | | |

| | | | | |
|---|---|---|---|---|
| **Colaborador** | ROJAS NOBLECILLA GALO DARIO (0950219865) | | **Cargo** | Asistente de Nómina |
| F Ingreso | 2023-07-17 | F Salida | Sueldo 650.00 | C. Costo Contraloría |

| RUBRO | BASE | VALOR | RUBRO | BASE | VALOR |
|---|---|---|---|---|---|
| Sueldo | 29.00 | 628.33 | Seguro Social | 650.00 | 61.43 |
| Vacaciones Gozadas | 1.00 | 20.25 | Prestamo Quirografario | 0.00 | 32.56 |
| Fondo Reserva | 14.00 | 54.15 | Descuento Anticipo | 0.00 | 260.00 |
| Alimentacion S | 31.00 | 50.00 | **Total** | | **353.99** |
| Otros Ingresos Aportables | 0.00 | 1.42 | | | |
| Alimentacion M | 31.00 | 29.00 | | | |
| **Total Ingresos:** | | **783.15** | | | |

**Neto a Recibir :** 429.16

Forma de  Acreditación a Cuenta A-20001650503 Produbanco

Usuari kjara  Fecha 10/06/2025
Página 1 de 1

RECIBI CONFORME